AUSA: Craig Wininger Telephone: (313) 226-9569

AO 91 (Rev. 11/11) Criminal Complaint Task Force Officer: Patrick Cecile, FBI Telephone: (313) 815-4643

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Abdulawahab Musleh

Case No. Case: 2:22−mj−30282
Assigned To : Unassigned
Assign. Date : 6/17/2022
USA V. MUSLEH (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 15, 2022 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1951 | Interference with Commerce by Threats or Violence; Hobbs Act |
| 18 U.S.C. § 924(c) | Using a Firearm During and in Relation to a Crime of Violence |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Patrick Cecile, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

*Judge's signature*

Date: June 17, 2022

City and state: Detroit, MI

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

## INTRODUCTION

1. Affiant has been employed as a Wayne State University Police Officer since 2014 and has been assigned to the Federal Bureau of Investigation Violent Crime Task Force (VCTF) as a Task Force Officer since September, 2019. During that time, Affiant has investigated Federal Violations concerning crimes of violence, firearms, and narcotics. Affiant has gained experience through training and everyday work related to these types of investigations.

2. The information set forth in this affidavit is based on my review of information from other law enforcement agents and investigators, witnesses, and individuals with knowledge of this matter; my investigation; my review of documents, photographs, and videos; and information gained through my training and experience. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Abdulawahab MUSLEH violated 18 U.S.C. § 1951 (Interference with Commerce by Threats or Violence; Hobbs Act) and 18 U.S.C. § 924(c) (Using a Firearm During and in Relation to a Crime of Violence).

## PROBABLE CAUSE

3. The FBI is investigating Abdulawahab MUSLEH (D.O.B. XX/XX/1994) for suspected violations of 18 U.S.C. § 1951 (Interference with Commerce by Threats or Violence; Hobbs Act) and 18 U.S.C. § 924(c).

4. On June 15, 2022, an armed robbery took place at the Al-Bushra Market located at 6355 Chase, in the city of Dearborn. The armed suspect was identified by the victim(s) as a black male, with a thin build. The suspect was wearing a black mask, a black t-shirt, light colored bluish/white jeans, and a knit hat with the word “Detroit” in white lettering. The suspect entered the store with the handgun in his hand and approached a customer. The suspect stated “Give me your money” to the customer. The customer explained that he did not have any. In response, the frustrated suspect fired one round, from his handgun, into the ceiling of the store. The suspect then turned to the clerk at the register and pointed the handgun at him and demanded money. The clerk took money from the register, placed it into a bag, and handed it to the customer. The customer handed the bag of money to the suspect. The suspect noticed a customer in the store and told him to “Get on the fucking ground.” The suspect demanded money and the customer showed him an empty wallet. The suspect walked away and encountered another customer to which he said “Give me what you got.” The customer provided the suspect with his wallet and the suspect fled the scene.

5. The Al-Bushra market sells products that have traveled in interstate commerce.

6. Dearborn police officers reviewed surveillance video from outside the Al-Bushra market and observed the robber park what appeared to be a dark colored BMW, with black rims, in an alley behind the store. The robber entered the store and a short time later, exited the store and fled the area in the vehicle.

7. On June 15, 2022, utilizing license plate reader (LPR) system(s), officers were able to observe what appeared to be a dark colored BMW, with black rims, in the vicinity of the Al-Bushra Market, about 90 minutes before the robbery. The LPR notification revealed the license plate on the vehicle to be MI#ENW0038.

8. A LEIN check of MI#ENW0038 revealed it to belong to a 2011 BMW 550, a similar style vehicle observed via video surveillance. The registered owner, resides at ***** South Morrow Circle, Dearborn, Michigan. A LEIN check of the BMW's registered address revealed MUSLEH to use the same registered address. A Criminal History Check of MUSLEH returned with a conviction for Disorderly Conduct out of Dearborn. The Criminal History Check also revealed arrests for R&O, Aggravated Flight from an Officer, Armed Robbery, Aggravated Kidnapping and Conspiracy to Commit Burglary out of the state of Louisiana. MUSLEH, a felon, is currently on probation stemming from the charges in Louisiana.

9. On June 15, 2022, a Dearborn Police evidence technician processed the scene of the robbery. While observing video of the incident inside the Al-Bushra Market, the technician observed the subject touch a plastic barrier near the register with his bare hand several times. The evidence technician captured a picture of a fingerprint on the barrier. The Dearborn Police Department Crime Laboratory completed an examination of the print and revealed it was of comparison value. It was determined that the print was made by the left index finger of MUSLEH. Additionally, during the processing of the scene one spent 9mm Luger shell casing inside of a box of merchandise on a shelf inside of the store, in close proximity where the shot was observed being fired from video inside of the store.

10. On June 16th, 2022 members of the Dearborn Police Department were conducting physical surveillance on MUSLEH's registered address, 1**** S. Morrow Circle, Dearborn, MI, 48126. Officers observed a male subject matching the physical appearance of MUSLEH arrive to the location in a GMC Terrain, exiting the driver's door and walk up the driveway of the location out of sight. Approximately one hour later Officers observed MUSLEH walk down the driveway of the location and leave the area on foot. Officers physically surveilled MUSLEH walk to the area of Wyoming and Graham St. where he was stopped and placed under arrest. MUSLEH advised Officers that the BMW was parked in an

alleyway in the area of Ogden St. and Kirkwood St. in Detroit, Approximately 0.7 miles from where MUSLEH was arrested. MUSLEH was arrested wearing a pair of blue jeans, a blue t-shirt, and hand $347 dollars in U.S. Currency (29) $10 bills, (11) $5 bills, (2) $2 bills.

11. Dearborn Police Officers located the 2011 black BMW, Michigan Registration plate: ENW0038 in the alleyway behind 5897 Ogden St, in the area described by MUSLEH. The vehicle was impounded by officers and placed on an evidentiary hold.

12. On June 17, 2022, I interviewed MUSLEH at the Dearborn Police Department. After waiving his Miranda rights, MUSLEH admitted that he robbed the Al-Bushra Market.

[Intentionally left blank]

## CONCLUSION

13. Based on the foregoing, there is probable cause to believe that **Abdulawahab MUSLEH** has violated 18 U.S.C. § 1951 and 18 U.S.C. § 924(c).

Respectfully submitted,

Patrick Cecile
Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means.

Hon. Kimberly G. Altman
United States Magistrate Judge

Date: June 17, 2022