## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

D-1 ABDULAWAHAB MUSLEH,

    Defendant.
_____/

Case: 2:22-cr-20334
Judge: Parker, Linda V.
MJ: Grey, Jonathan J.C.
Filed: 06-29-2022 At 01:57 PM
INDI USA V. MUSLEH (NA)

VIOLATION: 18 U.S.C. §1951(a)
18 U.S.C. §924(c)(1)(A)

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

*(18 U.S.C. §1951(a) - Interference with Commerce by Robbery)*

That on or about June 15, 2022, in the Eastern District of Michigan, Southern Division, defendant ABDULAWAHAB MUSLEH, unlawfully obstructed, delayed, and affected interstate commerce, and the movement of articles and commodities in such commerce, by robbery of a retail store; to-wit: Al-Bushra Market located at 6355 Chase, Dearborn, Michigan, in that defendant ABDULAWAHAB MUSLEH unlawfully took cash from the presence of a store employee and against his will by means of actual and threatened force, violence and fear of injury, all in violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO

*(18 U.S.C. §924(c) – Use and Discharge of a Firearm
During and in Relation to a Crime of Violence)*

That on or about June 15, 2022, in the Eastern District of Michigan, Southern Division, the defendant ABDULAWAHAB MUSLEH, knowingly and intentionally used, carried and discharged a firearm, during and in relation to the commission of a crime of violence for which the defendant ABDULAWAHAB MUSLEH may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count One of this indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

*(18 U.S.C. §1951(a) - Interference with Commerce by Robbery)*

That on or about June 11, 2022, in the Eastern District of Michigan, Southern Division, defendant ABDULAWAHAB MUSLEH, unlawfully obstructed, delayed, and affected interstate commerce, and the movement of articles and commodities in such commerce, by robbery of a gas station; to-wit: the Sunoco Gas Station located at 8258 Michigan Avenue, Detroit, Michigan, in that defendant ABDULAWAHAB MUSLEH unlawfully took cash from the presence of a store employee and against his will by means of actual and threatened force, violence and fear of injury, all in violation of Title 18, United States Code, Section 1951(a).

## COUNT FOUR

*(18 U.S.C. §924(c) – Use and Brandishing of a Firearm During and in Relation to a Crime of Violence)*

That on or about June 11, 2022, in the Eastern District of Michigan, Southern Division, the defendant ABDULAWAHAB MUSLEH, knowingly and intentionally used, carried and brandished a firearm, during and in relation to the commission of a crime of violence for which the defendant ABDULAWAHAB MUSLEH may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count Three of this indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FIVE

*(18 U.S.C. §1951(a) - Interference with Commerce by Robbery)*

That on or about June 3, 2022, in the Eastern District of Michigan, Southern Division, defendant ABDULAWAHAB MUSLEH, unlawfully obstructed, delayed, and affected interstate commerce, and the movement of articles and commodities in such commerce, by robbery of a gas station; to-wit: the Marathon Gas Station located at 14243 East Ford Road, Dearborn, Michigan, in that defendant ABDULAWAHAB MUSLEH unlawfully took cash from the presence of a store employee and against his will by means of actual and threatened force, violence and fear of injury, all in violation of Title 18, United States Code, Section 1951(a).

## COUNT SIX

*(18 U.S.C. §924(c) – Use and Brandishing of a Firearm During and in Relation to a Crime of Violence)*

That on or about June 3, 2022, in the Eastern District of Michigan, Southern Division, the defendant ABDULAWAHAB MUSLEH, knowingly and intentionally used, carried and brandished a firearm, during and in relation to the commission of a crime of violence for which the defendant ABDULAWAHAB MUSLEH may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count Five of this indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT SEVEN

*(18 U.S.C. §1951(a) - Interference with Commerce by Robbery)*

That on or about May 15, 2022, in the Eastern District of Michigan, Southern Division, defendant ABDULAWAHAB MUSLEH, unlawfully obstructed, delayed, and affected interstate commerce, and the movement of articles and commodities in such commerce, by robbery of a gas station; to-wit: the Marathon Gas Station located at 18142 West Warren Avenue, Detroit, Michigan, in that defendant ABDULAWAHAB MUSLEH unlawfully took cash from the presence of a store employee and against his will by means of actual and threatened force, violence and fear of injury, all in violation of Title 18, United States Code, Section 1951(a).

[Space intentionally left blank]

## COUNT EIGHT

*(18 U.S.C. §924(c) – Use and Brandishing of a Firearm During and in Relation to a Crime of Violence)*

That on or about May 15, 2022, in the Eastern District of Michigan, Southern Division, the defendant ABDULAWAHAB MUSLEH, knowingly and intentionally used, carried and brandished a firearm, during and in relation to the commission of a crime of violence for which the defendant ABDULAWAHAB MUSLEH may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as alleged in Count Seven of this indictment; in violation of Title 18, United States Code, Section 924(c)(1)(A).

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson
Date: June 29, 2022

DAWN N. ISON
United States Attorney

*s/ Craig Wininger*
CRAIG WININGER
Chief, Violent and Organized Crime Unit

*s/ Jeanine Brunson*
JEANINE BRUNSON
Assistant U.S. Attorney

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov | Case: 2:22-cr-20334<br>Judge: Parker, Linda V.<br>MJ: Grey, Jonathan J.C.<br>Filed: 06-29-2022 At 01:57 PM<br>INDI USA V. MUSLEH (NA) |

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: _JB_ |

**Case Title:** USA v. Abdulawahab Musleh

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

```
____Indictment/____Information --- no prior complaint.
  ✓ Indictment/____Information --- based upon prior complaint [Case number: 22-MJ-30282   ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

---

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

June 29, 2022
Date

_Jeanine Brunson_ (signature)
Jeanine Brunson
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9597
Fax:     (313) 226-5464
E-Mail address: jeanine.brunson@usdoj.gov
Attorney Bar #: P-55429

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.